FILED

AUG 15 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-13-0206 JST |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| RAGHAV CHANDRA AREKAPUDI, | |
| Defendant. | |

For Good Cause Shown,, IT IS HEREBY ORDERED that the current hearing now set for August 16, 2013, is vacated, and the matter continued for a change of plea on August 30, 2013. Further, the time until August 30, 2013, shall be excluded from computation under the Speedy Trial Act, for continuity of counsel and to allow counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the ends of justice 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: 8/15/13

HON. JON S. TIGAR
United States District Judge

STIP. REQ. AND [PROPOSED] ORDER
TO CONTINUE HEARING & TO EXCLUDE TIME
No. CR-13-0216-JST